UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | CHAPTER 7 CASE |
| Carey J Charboneau<br>Kari Charboneau | CASE NO. 09-38111 |
| | ORDER |
| Debtor(s). | |

The above entitled matter came before the court on the motion of Mortgage Electronic Registration Systems, Inc., its successors and/or assigns through its servicing agent U.S. Bank, N.A. (hereinafter "Movant"), seeking relief from the stay of actions imposed by 11 U.S.C. § 362. Based upon all of the files and records,

IT IS HEREBY ORDERED:

1. That Movant, its assignees and/or successors in interest, is granted relief from the stay of actions imposed by 11 U.S.C. § 362 with regard to that certain mortgage deed dated July 19, 2004, executed by Carey J. Charboneau and Kari F. Charboneau, hus, recorded on September 07, 2004, as Document No. 3789876, covering real estate located in Ramsey County, Minnesota, legally described as follows, to wit:

That part of Lot 5, Block 1, Bitney Addition, lying Southwesterly of a line drawn from a point in the Northwesterly line of said Lot 5, distant of 85.00 feet Northwesterly of the most Westerly corner of said lot, and to a point in the Easterly line of said Lot 5, distant 98.71 feet Northerly of the most Southerly corner of said Lot 5, according to the recorded plat thereof.
And commonly known as 3312 Centerville Rd, Vadnais Heights, Minnesota 55127-5015

and may pursue its remedies under state law in connection with the subject note and mortgage deed.

2. That notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this Order is effective immediately.

Dated: March 3, 2010

/e/ Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *03/03/2010*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk